UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case. No. 2:10-MJ-0099 EFB |
| v. ) | |
| ) | |
| SHAWN VICTOR WEBBER ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum        () Ad Testificandum

Name of Detainee:  SHAWN VICTOR WEBBER  #AC 7500
Detained at (custodian):
Detainee is:   a.)  (X) charged in this district by:  () Indictment  () Information  (X) Complaint
         charging detainee with: 18 U.S.C. § 2113(a) - Bank Robbery (4 Counts),

  or   b.)  () a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  () return to the custody of detaining facility upon termination of proceedings
  or   b.)  (X) be retained in federal custody until final disposition of federal charges, as a sentence
       is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

         Signature:     /s/ MICHELLE RODRIGUEZ
         Printed Name & Phone No:  MICHELLE RODRIGUEZ, Tel: 916-554-2700
         Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum        () Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: May 17, 2010.

                   Hon. Edmund F. Brennan
                   United States Magistrate Judge

---

Please provide the following, if known:

AKA(s) (if applicable):                   Male
Booking or CDC #:    #AC 7500            DOB:  8/23/1974
Facility Address:     High Desert State Prison (HDSP)     Race:  White
         475-750 Rice Canyon Rd.        FBI #:  307733MC9
         Susanville, California  96127
Facility Phone:     (530) 251-5100
Currently Incarcerated For:  459 PC, Burglary

---

### RETURN OF SERVICE

Executed on    _____     By: _____
                        (Signature)